United States Court of Appeals

For the Eighth Circuit
_____

No. 18-3629
_____

United States of America

*Plaintiff - Appellee*

v.

John Joseph Pierce

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines
_____

Submitted: October 14, 2019
Filed: November 25, 2019
[Unpublished]
_____

Before SMITH, Chief Judge, GRUENDER and BENTON, Circuit Judges.
_____

PER CURIAM.

John Pierce pleaded guilty to being a felon in possession of a firearm. *See* 18 U.S.C. §§ 922(g)(1), 924(a)(2). His presentence investigation report included a four-level enhancement for possession of a firearm in connection with another felony offense. *See* U.S.S.G. § 2K2.1(b)(6)(B). Pierce objected to the enhancement. The

district court[1] overruled the objection and calculated a total offense level of 23, a criminal history category of VI, and an advisory sentencing guidelines range of 92 to 115 months. The district court sentenced Pierce to 92 months' imprisonment.

Pierce argues on appeal that the district court erred in applying the four-level enhancement for possession of a firearm in connection with another felony offense because his firearms possession "merely facilitated another firearm possession offense." *See* Iowa Code § 724.4(1). He argues that the enhancement is meant to address "additional conduct that is somehow aided or advanced by a defendant's firearm possession." We review a district court's application of the sentencing guidelines *de novo*. *United States v. Johnson*, 846 F.3d 1249, 1250 (8th Cir. 2017).

Pierce concedes that his argument is controlled by our decision in *United States v. Walker*, 771 F.3d 449 (8th Cir. 2014). In *Walker*, we held that a violation of Iowa Code section 724.4(1), as here, constitutes "another felony offense" for purposes of a § 2K2.1(b)(6)(B) enhancement. 771 F.3d at 452-53. We thus affirm the district court's sentence. *See United States v. Manning*, 786 F.3d 684, 686 (8th Cir. 2015) ("A panel of this Court is bound by a prior Eighth Circuit decision unless that case is overruled by the Court sitting en banc.").

———————————————

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.